In the Matter of MAX WILE, Individually and as Chairman of the Tenants' Committee, Representing Various Tenants in the Hotel Olcott, Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, et al., Respondents.— Concur — Peck, P. J., Cohn, Breitel and Rabin, JJ. [See *ante*, p. 826.]

JOHNSON'S WAREHOUSES, INC., Respondent, v. THOMAS McLERNON et al., Appellants, et al., Defendants.— Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ. [See 285 App. Div. 1141.]

JOHNSON'S WAREHOUSES, INC., Respondent, v. THOMAS McLERNON et al., Appellants, et al., Defendants.— Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ. [See 285 App. Div. 1141.]

THE PEOPLE OF THE STATE OF NEW YORK v. PHILIP RAUER and EDMUND MEYER.— Concur — Peck, P. J., Cohn, Breitel and Rabin, JJ. [See *ante*, p. 826.]

97 FIFTH AVENUE CORPORATION, Respondent, v. MAX SCHATZBERG, Appellant. Concur — Cohn, J. P., Breitel, Botein and Rabin, JJ. [See 285 App. Div. 1146.]

S. S. PENNOCK COMPANY, Respondent, v. JOSEPH FERRETTI, as President of BROTHERHOOD OF WHOLESALE FLOWER TRADE WORKERS (IND.), Appellant.— Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ. [See 283 App. Div. 527.]

DANIEL RHOADES et al., v. ABRAHAM ROBLES.— Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ. [See 285 App. Div. 1139.]

ANTHONY D. WAYNE v. LOUIS A. BENOIST et al.— Concur — Peck, P. J., Breitel, Bastow and Rabin, JJ. [See *ante*, p. 831.]

JOAN MERCATANTE et al. v. CITY OF NEW YORK.— Concur — Peck, P. J., Cohn, Breitel and Botein, JJ. [See *ante*, p. 265.]